```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

CALVIN TANKESLY, JR.,            )
                                 )
        Plaintiff                )
                                 )       No. 3:14-0911
v.                               )       Judge Trauger/Brown
                                 )       **Jury Demand**
CORRECTIONS CORPORATION OF       )
AMERICA, *et al.*,               )
                                 )
        Defendants               )

## **O R D E R**

The Plaintiff has filed a motion for delay of service on the Defendant Susan Martin (Docket Entry 12). The record shows that on May 29, 2014, the Clerk issued summonses for a number of Defendants, including the Defendant Martin. If the Marshals Service is unable to serve the summons on Defendant Martin, the Magistrate Judge will direct CCA to provide the Clerk, under seal, the last known address for that Defendant. However, at the present time the Plaintiff's motion is premature and is therefore **DENIED** without prejudice to being refiled.

The Plaintiff also filed a motion for preliminary injunction and temporary restraining order (Docket Entry 11). However, the Plaintiff has not served the Defendants with this request, and the Magistrate Judge declines to take the matter up until such time as CCA and the Warden have been served. Upon service, and the appearance of an attorney, CCA and the Warden are directed to respond to the allegations contained in the motion.

It is so **ORDERED**.

                                        /s/   Joe B. Brown
                                        JOE B. BROWN
                                        United States Magistrate Judge