# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALVIN TANKESLY, JR., | ) |
| | ) |
| Plaintiff, | ) No. 3:14-cv-00911 |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

On September 17, 2014, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 65) on the plaintiff's motions for a preliminary injunction and temporary restraining order (TRO) filed on May 28, 2014 (Docket No. 11) and on June 23, 2014 (Docket No. 18), as well as the plaintiff's motion for appointment of counsel (Docket No. 51), recommending that all motions be denied.

Now pending before the court are Objections to the R&R timely filed by the plaintiff (Docket No. 72) and a response filed by the defendants (Docket No. 79). For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the plaintiff's Objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendation, finding that the plaintiff is not entitled to the issuance of a preliminary injunction or TRO, or to the appointment of counsel. Therefore, the plaintiff's Objections are **OVERRULED**.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge