IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE
DEC 19 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

Calvin Tankesly, Jr.
   Plaintiff

vs.

CASE No. 3:14-cv-0911
Judge Trauger and Brown

Corrections Corporation of America, et. at.
   Defendant['s]

## MOTION FOR AMENDMENT TO INITIAL CASE MANAGEMENT ORDER PURSUANT TO F.R.Civ.P. Rule 6 (b)(1)(A)

Comes now the Plaintiff Calvin Tankesly, Jr., pro se, pursuant to Rule 6 (b)(1)(A), F.R.Civ.P. and MOVES this Honorable Court to amend the Initial Case Management ORDER, [Docket Entry 54] filed August 28, 2014.

Plaintiff submits acting pro se he is unable to meet the present Discovery deadline of January 23, 2015 set by this Honorable Court, and ask that the January 23, 2015 deadline for discovery be extended no less than thirty (30) days to February 23, 2015, with the remaining deadline's amended as this Honorable Court deems appropriate while maintaining the September 2015 trial date.

In addition to acting pro se, with deliberate interference in Plaintiffs attempt to respond to Defendant's Interrogatories and Request for Production of Documents, Plaintiff still has to acquire affidavits or statements from four doctors, **Not at this Facility**, without the benefit of a phone or ability to visit the Hospital, the statements of up to 12 staff members, [i.e., Correctional Officers] and/or 10 to 12 inmate witnesses.

1

Plaintiff still has to respond to Defendants Interrogatories and Production of Documents for eleven Defendants through four "seasoned attorneys", without any assistance.

Plaintiff is unable to meet the January 15, 2015 Discovery deadine. Please see attached Declaration in Support of this Request to Amendmend to the initial Scheduling Order.

**IT IS PRAYED**

Respectfully Submitted,

*Calvin Tankesly Jr.*
Calvin Tankesly, Jr. Plaintiff, pro se
P.O. Box 279, 555 Forrest St.,
Clifton, TN 38425

ENTERED on the the
17th day of DECEMBER 2014

### CERTIFICATE OF MAILING

I Calvin Tankesly, Plaintiff, pro se, hereby Certifies that Defendants Counsel; James I. Penicost, Jonathan D. Buckner, Mr. Joseph F. Welborn, III, and Erin Palmer Polly have agreed to accept the service of the enclosed Motion, Documents, etc., **by the CM/ECF System**, the enclosed was forwarded to:

Clerk of the Court
801 Broadway, Room 800
U.S. Federal Courthouse
Nashville, TN 37203

by placing in the Mail Room at South Central with sufficient First Class Postage prepaid on December 17th, 2014.

*Calvin Tankesly Jr.*
Calvin Tankesly, Plaintiff, pro se
P.O. Box 279, Clifton, TN 38425

Calvin Tankesly, #90944
P.O. Box 279 / SCCF
Clifton, TN 38425

"Legal Correspondence"

Clerk, U. S. District Court
800 U. S. Courthouse
Nashville, TN 37203





RECEIVED
IN CLERK'S OFFICE
DEC 19 2014
U.S. DISTRICT COURT
MID. DIST. TENN.