IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE
DEC 3 0 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

Calvin Tankesly, Jr.
   Plaintiff

vs.

Corrections Corporation of America, et. at.
   Defendant['s]

CASE No. 3:14-cv-0911
Judge Trauger and Brown

## MOTION FOR SERVICE PROCESSING

Comes now the Plaintiff Calvin Tankesly, Jr., pro se, pursuant to Rule 4 (c)(3), F.R.Civ.P. and MOVES this Honorable Court to Appoint and Authorize <u>Roger West, of Investigations Limited, 653 Glen Springs, Larwrenceburg, TN 38464</u> (931) 766-7640, to serve process on Lisa Crum a defendant in this cause whom the U.S. Marshalls have been unable to locate.

Mr. West is familiar with and believed to be aware of the community wherein Ms. Crum may presently reside. As Petitioner is a felon, Mr. West is not permitted to provide Plaintiff with the an address, however is willing to serve process, as an authorized Process Server with this Courts appointment.

**IT IS PRAYED**

Respectfully Submitted,

*/s/ Calvin Tankesly*
Calvin Tankesly, Jr. Plaintiff, pro se
P.O. Box 279, 555 Forrest St.,
Clifton, TN 38425

ENTERED on the the
   <u>26th</u> day of DECEMBER 2014

1

## CERTIFICATE OF MAILING

I Calvin Tankesly, Plaintiff, pro se, hereby Certifies that Defendants Counsel; James I. Penicost, Jonathan D. Buckner, Mr. Joseph F. Welborn, III, and Erin Palmer Polly have agreed to accept the service of the enclosed Motion, Documents, etc., **by the CM/ECF System**, the enclosed was forwarded to:

>Clerk of the Court
>801 Broadway, Room 800
>U.S. Federal Courthouse
>Nashville, TN 37203

by placing in the Mail Room at South Central with sufficient First Class Postage prepaid on December 26th, 2014.

A copy of this Motion was provided to Mr. West, at: Investigations Limited 653 Glen Springs, Larwrenceburg, TN 38464 by placing in the Mail Room at South Central with sufficient First Class Postage prepaid on December 26th, 2014.

*Calvin Tankesly*, Plaintiff, pro se
P.O. Box 279, Clifton, TN 38425

Calvin Tankesly, #90944
P.O. Box 279 / SCCF
Clifton, TN 38425

RECEIVED
IN CLERK'S OFFICE
DEC 3 0 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

"Legal Correspondence"

Clerk, U. S. District Court
800 U. S. Courthouse
Nashville, TN 37203