## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CALVIN TANKESLY, JR. #90944      )
           )
    Plaintiff,          )
           )
v.                      )    Civil No. 3:14-cv-00911
           )    Judge Trauger
CORRECTIONS CORPORATION OF    )
AMERICA, ET AL.          )
           )
    Defendants.       )

## **O R D E R**

On June 9, 2015, the Magistrate Judge issued a Report and Recommendation (DE #145), to which no timely objections have been filed. The court has granted to the Plaintiff three extensions of time within which to file objections. (See Docket Nos. 152, 157, 163). The last extension order required that objections be filed by September 8, 2015; no such objections have been filed.

The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1.     The Motion for Judgment Upon the Pleadings filed by Defendants Damon Hiniger and Dr. Jose Garriga (DE #106) is GRANTED;

2.     All federal claims against all defendants are DISMISSED WITH PREJUDICE;

3.     The District Court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims;

4.      This case is dismissed without prejudice as to whatever relief to which the

Plaintiff may be entitled in state court on his state law claims;

5.      This Order constitutes the final judgment in this case;

6.      All pending motions are hereby terminated as moot.

It is so **ORDERED**.

ENTER this 10th day of September 2015.

ALETA A. TRAUGER
U.S. District Judge